Edith Y. PRICE, Libelant Appellee, v. Steam Tug KATHLEEN TRACY, Her Engines, etc., Tracy Towing Line, Inc., Claimant Appellant, and United States of America, Owner of the Steamship LAKE LEDAN, Her Engnes, etc., Impleaded, Respondent Appellee.

(Circuit Court of Appeals, Second Circuit. December 17, 1923.)

No. 125.

Appeal from the District Court of the United States for the Southern District of New York.

Foley & Martin, of New York City (William J. Martin and George V. A. McCloskey, both of New York City, of counsel), for appellant.

William Hayward, U. S. Atty., of New York City (Horace T. Atkins, Sp. Asst. Atty. Gen., of counsel), for respondent appellee.

Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree (296 Fed. 711) affirmed.